

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **Under Seal** |
| v. | Case No. 17 CR 795 |
| XUDONG YAO, <br> also known as "William Yao" | Chief Judge Rebecca R. Pallmeyer |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court to unseal the indictment and superseding indictment in the above-captioned case.

In support of the motion, the government states as follows:

1.  On December 12, 2017, defendant Xudong Yao was indicted on nine counts of theft of trade secrets, in violation of Title 18, United States Code, Section 1832(a)(3) and (4). On December 19, 2017, the grand jury returned a superseding indictment, charging Yao with the same nine counts.

2.  At the time that each charging instrument was returned, the Court issued a bench warrant for Yao's arrest. At that time, and upon the government's motion, the Court also issued an order sealing the indictment and superseding indictment until Yao was arrested or further order of the Court.

3. Following the return of the indictment and superseding indictment, the government attempted to locate Yao and execute the warrant for his arrest. Despite its efforts, the government has been unable to locate Yao and currently believes that he is living in a foreign country.

4. The government now requests that the indictment and superseding indictment in the above-captioned matter be unsealed.

Dated: July 9, 2019

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Peter M. Flanagan*
PETER M. FLANAGAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6235